**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **}** | |
| | **}** | |
| **v.** | **}** | **Case No. 5:26-mj-1030-HNJ** |
| | **}** | |
| **AIDEN DANIEL CUEVAS** | **}** | |

## ORDER

Based on the testimony presented during the preliminary hearing convened on January 23, 2026, and Defendant Aiden Daniel Cuevas's waiver of a detention hearing the same date, the Court finds that there is probable cause to believe the defendant has committed the offense outlined in the Complaint and attached affidavit that were filed in this Court on January 20, 2026. The court hereby orders defendant **DETAINED** pending resolution of the present matter. The defendant may petition the court for bond if his circumstances change.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. He will be afforded a reasonable opportunity for private consultation with defense counsel.

On order of any court of the United States or on request from an attorney for the government, the person in charge of the corrections facility where he is being housed shall deliver the defendant to the United States Marshal for the purpose of any

appearance in connection with a court proceeding.

**DONE** this 2nd day of February, 2026.

_____

HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE